# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

February 12, 2021

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>*IN RE:* CIVIL CONFERENCES BEFORE<br>U.S.M.J. PAUL E. DAVISON | **ORDER**<br><br>7:20-cv-1680-PMH-PED |

    Beginning March 30, 2020, **until further notice**, all parties to civil conferences before Judge Davison shall attend by phone, using the following information:

    Toll-Free Number: (877) 336-1839
    Access Code: 5999739

    The parties should call in from a landline and announce their names before speaking.

    For Settlement Conferences: Clients should NOT be on the conference call.  Counsel must have ready telephonic access to clients.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Feb 12, 2021**

SO ORDERED:

*[signature]*
Hon. Paul E. Davison
United States Magistrate Judge
2/12/21